UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMETRA BINDER, et al., | |
| Plaintiffs, | 23-CV-3941 (DEH) |
| v. | **NOTICE OF REASSIGNMENT** |
| MICHAEL KORS (USA), INC., et al., | |
| Defendants. | |

DALE E. HO, United States District Judge:

   This case has been reassigned to the undersigned.  All counsel must familiarize

themselves with the Court's Individual Practices, which are available at

https://nysd.uscourts.gov/hon-dale-e-ho.  Unless and until the Court orders otherwise, all prior

orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 17, 2023
       New York, New York

_____
                    DALE E. HO
                    United States District Judge